

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Amy Bolton, Appellant

No. 06-16-00082-CV     v.

George K. Fisher, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 85921). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we reverse the trial court's decision to grant summary judgment in Fisher's favor on Bolton's negligence claim and remand the matter to the trial court for further proceedings. We affirm the remainder of the trial court's judgment.

We further order that the appellant and appellee shall each pay one half of all costs of appeal.

RENDERED JULY 26, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk